### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WILLIAM MCKENNA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　Case No.  8:05-cv-2200-T-30MSS

**GARY P. FOLEY,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Attorney's Fees and Costs and Supporting Memorandum of Law (Dkt. #20-1)[1]. The Court, having considered Plaintiff's motion, memorandum, and being otherwise advised in the premises, finds that Plaintiff's motion should be granted in part and denied in part as stated herein.

## Background

On December 1, 2005, Plaintiff filed a three count complaint against Defendant, based on the following grounds: Count I - Breach of a Third Party Beneficiary Contract; Count II - Civil Theft; and Count III - Conversion.  On February 13, 2006, Defendant filed a *pro se* answer.  On April 24, 2006, Plaintiff filed a Motion for Summary Judgment as to all three counts against Defendant.  Defendant did not file a response to the Motion for Summary Judgment.  On June 9, 2006, this Court granted Plaintiff's Motion for Summary Judgment as to all three counts.  In its Order, the Court retained jurisdiction to consider the amount of

---

[1] Defendant did not file a response to this motion.

reasonable statutory attorney's fees and costs that should be awarded to Plaintiff pursuant to Fla. Stat. §772.11.

## Attorney's Fees

Plaintiff retained the law firm of Mills Paskert Divers P.A. ("MPD") to act as his counsel in this matter.  According to the time records submitted by MPD, Plaintiff's attorneys worked 84.1 hours at varying rates of $165/$200/$250 per hour, for a total of $15,620.50 during the representation of Plaintiff in this matter.

The Complaint contained three counts dealing with three relatively simple grounds for relief.  *Pro se* Defendant, Gary Foley, only filed one pleading during the entire case.  From the filing of the complaint (on December 1, 2005) to the entry of Judgment against Defendant (on June 12, 2006), these proceedings lasted approximately six and a half months.

For these reasons, the Court finds that the amount of fees sought by Plaintiff in this case is unreasonable in light of the relative ease of litigating this case against a *pro se* litigant during a six month period of time.  Accordingly, the Court finds that $5,000.00 in attorney's fees is reasonable under the circumstances.

## Costs

According to the time records submitted by MPD, Plaintiff has incurred $506.05 in taxable costs during MPD's representation of Plaintiff in this matter, as follows: $250.00 for court filing fees, $80.00 for obtaining service of process, $156.25 for photocopying, and $19.80 for long-distance telephone usage.

This Court is precluded from taxing costs that are not explicitly authorized by 28 U.S.C. §1920. United States Equal Employment Opportunity Comm'n v. W&O, Inc., 213 F.3d 600, 620 (11th Cir. 2000). As a result, Plaintiff's request for taxable costs for long distance telephone charges is denied because such costs do not fall within the explicit ambit of §1920. Thus, this Court reduces Plaintiff's costs by $19.80. The Court finds that costs in the amount of $486.25 ($506.05 - $19.80) are reasonable.

It is therefore ORDERED AND ADJUDGED that:

1.  Plaintiff's Motion for Attorney's Fees and Costs and Supporting Memorandum of Law (Dkt. #20-1) is GRANTED. The Court approves an award of attorney's fees and costs in favor of Plaintiff, William McKenna, in the amount of $5,486.25 ($5,000.00 in attorney's fees, plus $486.25 in costs).

2.  The Clerk is directed to enter **JUDGMENT** in the amount of **$5,486.25** in favor of Plaintiff, William McKenna, and against Defendant, Gary P. Foley.

**DONE** and **ORDERED** in Tampa, Florida on July 26, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-2200.atty fees and costs award.wpd